IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| PICKENS COUNTY BRANCH OF THE NAACP;<br><br>STUDENTS AGAINST BOOK BANNING;<br><br>J.T. and G.T., by and through their parents, Rebecca Turner and Brandon Turner;<br><br>H.L. and C.L., by and through their parents Susanna Ashton and Peter Laurence;<br><br>L.K., by and through their mother, Cary Berkeley Kaye,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>SCHOOL DISTRICT OF PICKENS COUNTY,<br><br>   *Defendant*. | Case No.<br><br>**Plaintiffs' Local Rule 26.01 Interrogatory Responses** |

  Plaintiffs, by and through undersigned counsel, answer the Local Civil Rule 26.01 Interrogatories as follows:

  A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER: None.**

  B. As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Plaintiffs primarily seek equitable relief, which should be tried by the Court.**

  C. State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a

1

parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER: No Plaintiff is a publicly-owned company and no Plaintiff has a parent corporation or any stockholders.**

   D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).

**ANSWER: Plaintiffs filed this case in the Anderson Division because the parties reside within the Anderson Division and a substantial part of the events or omissions giving rise to the claims occurred in the Anderson Division.**

   E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** *Pickens County Branch of the NAACP, et al. v. School District of Pickens County*, **No. 8:23-cv-01736-JDA. Both cases arise out of the same or similar events, and many of the parties overlap. The related case was dismissed without prejudice on October 7, 2025.** *Id.* **at ECF 72. Plaintiffs were ordered to refile as a new case "should they wish to pursue their claims."** *Id.* **at ECF 75.**

F.	[Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER: N/A**

G.	[Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: N/A**

Dated: **January 14, 2026**

Respectfully submitted,

**ACLU OF SOUTH CAROLINA**

*/s/ Allen Chaney*
Allen Chaney
Fed. Id. No. 13181
P.O. Box 1668
Columbia, SC 29202
T: (864) 372-6881
E: achaney@aclusc.org

**NAACP**

Janette Louard*
Quiana-Joy Ochiagha*
4805 Mt. Hope Drive
Baltimore, MD 21215
T: (410) 580-5777
jlouard@naacpnet.org

3

*\* Application for Admission Pro Hac Vice Forthcoming*

*Attorneys for Plaintiffs*