*Pickens County Branch of the NAACP, et al v. School District of Pickens County.*
Civil Action No. 8:26-cv-00144-JDA

# Exhibit A

**to the School District of Pickens County's Motion to Dismiss**

**Email Exchange with Sam Lepa (Nov. 18, 2025)**

 **Outlook**

---

### Fw: Permission slip on File for my son Henry Laurence ?

---

From Sam Lepa <samlepa@pickens.k12.sc.us>
Date Wed 11/19/2025 5:58 PM
To Adam Russell <adamrussell@pickens.k12.sc.us>

Parent response all seems good.

Sam Lepa
Assistant Principal
Daniel High School

---

**From:** Susanna <sashtonsum@yahoo.com>
**Sent:** Wednesday, November 19, 2025 2:47:36 PM
**To:** Sam Lepa <samlepa@pickens.k12.sc.us>
**Subject:** Re: Permission slip on File for my son Henry Laurence ?

> ## This is an [EXTERNAL to SDPC] email.
> Do not open any links or attachments until you have confirmed with the sender and know the content is safe. Never reply to an outside message with any personal information including your password or phone number. Do not send money or gift cards.

Dear Mr. Lepa -

Thanks for looking into this. I certainly understand how paper can get misplaced during transitions! We shall sign the form again and send it in this week.

Best Wishes,
Susanna Ashton

**Susanna Ashton, Ph.D.** • **Professor** • **Clemson University**
611 Strode Tower • Clemson University • Clemson, SC • 29634
864.656.3151 • Map • sashton@clemson.edu
Website • ORCID

---

On Tuesday, November 18, 2025 at 05:23:26 PM EST, Sam Lepa <samlepa@pickens.k12.sc.us> wrote:

Good Evening Dr. Ashton,

I received your email and needed to take a day or two to look into your request.

I appreciate your inquiry into Henry's permission to access *Stamped* from the D.W. Daniel High School Library. Our library offers a variety of titles, giving our teen learners access to the world of reading. Ms. Douglas is in her second year as the librarian, and she is working hard to update the collection. Unfortunately, in the transition from Mrs. Somerville to Ms. Douglas, we do not have the permission form on file. Since Stamped is available through interdistrict loan, you are welcome to complete the attached form, and we will request the book.

There are thousands of titles available in our collection, and Henry has access to any and all of the titles. This is just one that requires us to request it from another school.

Please let us know if you have any questions.

Sam Lepa
Assistant Principal
Daniel High School

---

**From:** Susanna <sashtonsum@yahoo.com>
**Sent:** Friday, November 14, 2025 11:39 AM
**To:** Sam Lepa <samlepa@pickens.k12.sc.us>
**Subject:** Permission slip on File for my son Henry Laurence ?

## This is an [EXTERNAL to SDPC] email.
Do not open any links or attachments until you have confirmed with the sender and know the content is safe. Never reply to an outside message with any personal information including your password or phone number. Do not send money or gift cards.

Dear Mr. Lepa (I'm not sure to whom exactly I should address this so please forward as necessary):

About two and a half years ago, my husband (Peter Laurence) and I (Susanna Ashton) signed a Daniel High School permission slip allowing our son, Henry Laurence then a 10th grader, to check out *Stamped* from the school library. He brought the slip in and delivered it to the front desk, I believe. or perhaps it was the guidance office?  Anyway, could you confirm whether that permission slip is still on file?

If Henry would like to check out the book this year, would the previous permission suffice, or would we need to provide a new one? Also, is the book currently available for checkout at the school library? Are there other titles that require special permission slips?

Thank you for your time and assistance.

Best regards,
Susanna Ashton