## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## ANDERSON DIVISION

| | |
|---|---|
| PICKENS COUNTY BRANCH OF THE NAACP; <br><br> STUDENTS AGAINST BOOK BANNING; <br><br> J.T. and G.T., by and through their parents, Rebecca Turner and Brandon Turner; <br><br> H.L. and C.L., by and through their parents Susanna Ashton and Peter Laurence; <br><br> L.K., by and through their mother, Cary Berkeley Kaye, <br><br> *Plaintiffs*, <br><br> v. <br><br> SCHOOL DISTRICT OF PICKENS COUNTY, <br><br> *Defendant*. | Case No. 8:26-CV-00144-JDA <br><br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Plaintiffs respectfully move for 7-day extension in which to file a response to the motion to dismiss filed by Defendant School District of Pickens County. The current deadline is Monday, April 6, 2026. The deadline has not previously been extended, and this extension will not affect any other deadlines in this matter. If the Court grants the motion, the new deadline will be April 13, 2026. Counsel for the School District of Pickens County has consented to the requested extension.

Plaintiffs' counsel requires this extension because other litigation deadlines have delayed counsel's ability to prepare a thorough response to Defendant's motion. *See, e.g.*, *South Carolina NAACP v. Wilson*, 3:25-cv-13754-MGL; *S.C. Pub. Int. Found. v. McMaster*, No. 2026-000032; *ACLU of South Carolina v. Wilson*, No. 2025-002469, *certified from* 3:25-cv-537-JFA.

**Dated: March 31, 2026**

[*Signature Blocks on Following Page*]

*/s Allen Chaney*
Allen Chaney
ACLU of South Carolina
Post Office Box 1668
Columbia, SC 29202
(864) 372-6681
achaney@aclusc.org